## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JUAN JOSE HOXIT,

     **Plaintiff,**

vs.                       **Case No.: 8:12-cv-01179-T-27TBM**

CAROLYN W. COLVIN,
**Acting Commissioner of Social Security,**

     **Defendant.**

_____/

## ORDER

    **BEFORE THE COURT** is the Report and Recommendation (Dkt. 19) from the Magistrate

Judge recommending that the decision of the Commissioner be affirmed. Plaintiff has not objected

to the Report and Recommendation, and the time for filing such objections has elapsed.

    A district court may accept, reject or modify a magistrate judge's report and recommendation.

28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual

findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the

findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir.

1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v.

McNeil*, 397 Fed. Appx. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347,

348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

    After conducting a careful and complete review of the findings, conclusions and

recommendations, and giving *de novo* review to matters of law,

    1) The Report and Recommendation (Dkt. 19) is **ACCEPTED** and **ADOPTED** for all

purposes, including for appellate review. The decision of the Commissioner is **AFFIRMED**.

2) The Clerk is directed to **ENTER** final judgment in favor of the Acting Commissioner and to **CLOSE** the file.

**DONE AND ORDERED** this _10th_ day of September, 2013.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of Record